Electronically Filed by Superior Court of California, County of Orange 04/26/2023 at 03:30:07 PM
30-2023-01310253-CU-WT-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.
Case 8:23-cv-00617-CJC-KES   Document 1-2   Filed 04/05/23   Page 1 of 6   Page ID #:17

1  Michael A. Gould (SBN 151851)
   Michael@wageandhourlaw.com
2  Aarin A. Zeif (SBN 247088)
   Aarin@wageandhourlaw.com
3  THE GOULD LAW FIRM
   A Professional Corporation
4  161 Fashion Lane, Suite 207
   Tustin, California 92780
5  Telephone: (714) 669-2850
   Facsimile: (714) 544-0800
6

7  Attorneys for Plaintiff
   Brittany Nakagaki
8

9

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                           COUNTY OF ORANGE

12

13 BRITTANY NAKAGAKI              ) CASE NO.: 30-2023-01310253-CU-WT-CJC
                                  )
14                                ) COMPLAINT FOR DAMAGES FOR:
                                  )
15         Plaintiff,             )
                                  ) 1. WRONGFUL TERMINATION IN
16                                )    VIOLATION OF PUBLIC POLICY;
                                  )
17 v.                             )
                                  ) 2. VIOLATION OF CALIFORNIA
18                                )    LABOR CODE § 1102.5; and
                                  )
19 SURGICAL CARE AFFILIATES, LLC, and ) 3. VIOLATION OF CALIFORNIA
   DOES 1 through 25,             )    LABOR CODE § 6310.
20                                )
                                  )
21                                )
                                  ) Unlimited Civil
22                                ) Demand for Jury Trial
         Defendants.              )
23                                )
                                     Assigned for All Purposes
24
                                     Judge Erick L. Larsh
25

26

27

28

- 1 -
CIVIL COMPLAINT FOR DAMAGES

Brittany Nakagaki (hereinafter referred to as "Nakagaki") alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff at all relevant times hereinafter mentioned, were residents of the County of Orange, State of California, and were employed by Defendant in the County of Orange, State of California.

2. Plaintiff is informed and believes, and thereon alleges, that Defendant Surgical Care Affiliates, LLC was at all relevant times hereinafter mentioned, a corporation operating within the jurisdiction of the above-entitled court.

3. The true names and capacities of Defendants sued as Does 1 through 25, inclusive, whether individual, corporate, associate or otherwise are unknown to Plaintiffs who are informed and believe, and thereon allege, that these Doe Defendants, and each of them, are responsible in some manner and liable to Plaintiffs for the injuries and damages alleged herein. Plaintiffs will amend the Complaint to show their true names and capacities when they have been ascertained.

4. Plaintiffs are informed and believes, and thereon alleges, that each of the Defendants were the agents, employees and representatives of the other Defendants and in doing the things hereinafter alleged were in part, acting within the scope and authority of such relationship, and in part, acting outside the scope and authority of such relationship, and as such each is responsible and liable in some manner for the occurrences herein alleged and were approximate cause of Plaintiffs' damages as herein alleged.

5. Venue is proper in this judicial district because the complained of conduct occurred in this judicial district.

6. Brittany Nakagaki worked for Defendants as a technician from March 2022 to August 15, 2022. Nakagaki made complaints to Defendant about illegal practices regarding the recording and sterilization of instruments in the workplace and was terminated shortly thereafter on August 15, 2022.

## FIRST CAUSE OF ACTION
### Wrongful Termination in Violation of Public Policy

7. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 6, inclusive, as though fully set forth herein.

8. The public policy of the State of California, as expressed by the Legislature, the California Constitution, and the California Supreme Court, is to protect and safeguard the right and opportunity of all persons to seek, obtain, and hold employment without fear of retaliation for reporting illegal practices in the workplace, as described herein.

9. Defendant deliberately, intentionally, and wrongfully terminated Plaintiff in or about August 15, 2022 without just cause or reason and on the improper and illegal basis of her reporting illegal practices regarding the recording and sterilization of instruments in the workplace.

10. As a direct, foreseeable, and proximate result of Defendant's acts, Plaintiff suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

11. Plaintiff is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Plaintiff thus entitling Plaintiff to recover punitive damages from Defendant in an amount according to proof at trial.

## SECOND CAUSE OF ACTION
### Violation of California Labor Code § 1102.5

12. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 11, inclusive, as though fully set forth herein.

13. *California Labor Code* § 1102.5 prohibits employers from retaliating against an employee for disclosing information, or because the employer believes that the employee disclosed or may disclose information, to a government or law enforcement agency to a person with authority over the employee or another employee who has the authority to investigate, discover, or correct the violation or noncompliance . . . if the employee has reasonable cause to believe that the information discloses a violation of state or federal statutes, or a violation of or

noncompliance with local, state or federal rule or regulation.

14. Defendant deliberately, intentionally, and wrongfully terminated Plaintiff on or about August 15, 2022 without just cause or reason and on the improper and illegal basis of her illegal practices regarding the recording and sterilization of instruments in the workplace.

15. As a direct, foreseeable, and proximate result of Defendant's acts, Plaintiff suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

16. Plaintiff is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Plaintiff, thus entitling Plaintiff to recover punitive damages from Defendant in an amount according to proof at trial.

### THIRD CAUSE OF ACTION
### Violation of California Labor Code § 6310

17. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 16, inclusive, as though fully set forth herein.

18. *California Labor Code* § 6310 prohibits employers from discharging employees because the employee has made a bona fide oral or written complaint to his employer of unsafe working condition, or work practices.

19. Defendant deliberately, intentionally, and wrongfully terminated Plaintiff on August 15, 2023 without just cause or reason and on the improper and illegal basis of her reporting unsafe work practices.

20. As a direct, foreseeable, and proximate result of Defendant's acts, Plaintiff suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

21. Plaintiff is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Plaintiff, thus entitling Plaintiffs to recover punitive damages from Defendant in an amount according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment against the Defendants as follows:

### ON THE FIRST CAUSE OF ACTION

1. Judgment against Defendants for general damages according to proof;
2. Judgment against Defendants for special damages according to proof;
3. Judgment against Defendants for punitive damages according to proof;
4. Judgment against Defendants for pre-judgment interests;

### ON THE SECOND CAUSE OF ACTION

5. Judgment against Defendants for general damages according to proof;
6. Judgment against Defendants for special damages according to proof;
7. Judgment against Defendants for punitive damages according to proof;
8. Judgment against Defendants for all civil penalties;
9. Judgment against Defendants for reasonable attorney's fees;
10. Judgment against Defendants for pre-judgment interests;

### ON THE THIRD CAUSE OF ACTION

11. Judgment against Defendants for general damages according to proof;
12. Judgment against Defendants for special damages according to proof;
13. Judgment against Defendants for punitive damages according to proof;
14. Judgment against Defendants for all civil penalties;
15. Judgment against Defendants for reasonable attorney's fees;
16. Judgment against Defendants for pre-judgment interests;

### ALL CAUSES OF ACTION

17. Judgment against Defendants for reasonable attorney's fees, provided by law;
18. Judgment against Defendants for pre-judgment interests;
19. Judgment against Defendants for costs of suit incurred herein; and
20. Judgment against Defendants for such further relief as the court deems just and proper.

### REQUEST FOR A JURY TRIAL

Plaintiff hereby demands a jury trial in this action.

Dated: February 21, 2023

*[signature]*

Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Brittany Nakagaki