Jan 31, 2024

FILED
CLERK, U.S. DISTRICT COURT

01-31-2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY

I Brittany Nakagaki am writing a Response/statement

to continue the case 8:23-cv-00617-CJC-KESx. I will find another lawyer to replace the previous.
I had a family medical emergency and that is why I am filing today, and I have been looking for an attorney to file a Response since the forms were filed to withdrawal.
unfortunately, the family medical emergency prevented me from filing on Jan 29th 2024.

thank you,

Brittany Nakagaki    1/31/24

# A brand new PDF Converter

**Recognize text and retain formatting with ultra accuracy**



Want to convert a paper document or an image to a high-quality Word document? CamScanner lets you recognize text, retain formats, stamps, tables, and pictures, and keep the target file consistent with the original file. Also, it supports recognition in multiple languages.

You can edit text content and table directly in the recognized document, greatly improving your work efficiency. Come and try it out!

|  | New versions | Previous versions |
|---|---|---|
| Retain formats | Yes | No |
| Retain stamps | Yes | No |
| Retain tables | Yes | No |
| Retain pictures | Yes | No |
| Preview results | Yes | No |
| Edit freely | Yes | No |

Scanned with CamScanner