FILED
CLERK, U.S. DISTRICT COURT
03-01-2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ts DEPUTY

3/1/24

Case no: 8:23-CV-00617-CJC-kes

Can I ask the Courts to order USPS to stop tampering with my mail. I have recieved a message that I will not be able to recieve any court documents or any mail from CA.

Thank you

Brittany Lynn