(Name / Nombre): **Brittany Nakagaki**
(Address / Dirección): **P.O. Box 2151**
(Address / Dirección): **Aspen, CO 81612**
(Phone / Teléfono): **916-320-0608**
(Email / Correo electrónico): **Bnakagaki1@icloud.com**

**Plantiff** in Pro Per
(Plaintiff / Demandante or Defendant / Demandado)

FILED
CLERK, U.S. DISTRICT COURT
3/22/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eb   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Brittany Nakagaki**,

Plaintiff,

vs.

**Surgical Care Affiliates LLC**

_____,

Defendant(s).

Case No.: **8:23-cv-00617-CJC(KESx)**
(número de caso)

**REQUEST FOR EXTENSION**
(Solicitud de Extensión)

1. I, **Brittany Nakagaki**, am the (*check one / seleccione uno*)
   (name / nombre)

   ■ Plaintiff *(Demandante)* in this case.

   ☐ Defendant *(Demandado)* in this case.

2. I respectfully request an extension of time to file:
   *(Respetuosamente solicito una extensión de tiempo para entregar lo siguiente:)*

   ☐ Response to Complaint *(Respuesta a la demanda)*

   ☐ Opposition to Motion to Dismiss *(Oposición a la moción para desestimar)*

   ☐ Opposition to Motion for Summary Judgment *(Oposición a la moción para juicio sumario)*

   ☒ Other document *(Otro documento)*: Motion to extend discovery.

3. The above-referenced document(s) is/are currently due on:
   __March 28, 2024__.
   *(insert date/s / indique fecha límite actual)*

4. I have received ___0___ prior extensions in this case.
   *(insert number of prior extensions granted / inserte el número de extensiones otorgadas previamente)*

5. This extension is necessary because I am a pro se litigant and:
   *(Esta extensión es necesaria porque no tengo un abogado y):*

   ☐ I need more time to do research on my case.
   *(Necesito más tiempo para investigar.)*

   ☐ I need more time to schedule an appointment with the pro se clinic.
   *(Necesito más tiempo para hacer una cita con la clínica pro se.)*

   ☐ I need more time to write my document(s).
   *(Necesito más tiempo para escribir mis documentos.)*

   ☐ I need more time to look for an attorney to represent me.
   *(Necesito más tiempo para conseguir a un abogado.)*

(Please use the area below to provide more details about your situation. Please be as detailed as possible about why you cannot meet the current deadline.)

*(Favor de usar esta área para proporcionar más detalles sobre su situación. Sea lo más detallado posible sobre por qué no puede cumplir con la fecha límite actual.)*

I need more time because my former counsel just resigned earlier this year and I Have yet to receive any of my case files. I have requested multiple times and told Them their email says I have no access to Gould and Assoc. and cannot access the File. I have also received a voicemail from USPS that no out of state mail will be Received in Colorado for me. I have proof and will be happy to provide.

6. Therefore, I ask that the Court grant me an additional __60__ days to file the document(s) listed above.
(# of days / número de días extras que quiere solicitar)

Date: __March 22, 2024__      __[signature]__
(fecha)                        (signature / firma)

Brittany Nakagaki
(name / nombre)

__Plantiff__ in Pro Per
(indicate Plaintiff or Defendant / indique Plaintiff o Defendant)

On <u>Brittany Nakagaki</u>, I served the documents described as:
(date of mailing / fecha de envío)

1. REQUEST FOR EXTENSION
   (la solicitud de extensión)

2. (PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION
   (orden propuesta otorgando la solicitud de extensión)

_____
(list the names of any other documents you are mailing / agregue los nombres de cualquier otro documento que envíe)

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in <u>Rifle, CO</u>,
(city and state of mailing / ciudad y estado de envío)

addressed to:

<u>Brian Tremer</u> (name/nombre)    <u>Alden J Parker</u> (name/nombre)
<u>Fisher & Phillips LLP</u> (address/dirección)    <u>Fisher & Phillips LLP</u> (address/dirección)
<u>2050 Main St. Ste. 1000</u> (address/dirección)    <u>621 Capitol Mall, Suite 1400</u> (address/dirección)
<u>Irvine, CA 92614</u> (address/dirección)    <u>Sacramento, California 95814</u> (address/dirección)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 22, 2024</u> at <u>Rifle, CO</u>.
(date / fecha)    (city and state of signing / ciudad y estado donde se firmó)

*Brittany Nakagaki* (signature)
(signature / firma)

Brittany Nakagaki
(print name / imprima su nombre)

2
Proof of Service