UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00617-CJC (KESx)                                   Date:  March 22, 2024

Title: BRITTANY NAKAGAKI, *et al*.,v. SURGICAL CARE AFFILIATES LLC, *et al.,*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                                                       N/A
Deputy Clerk                                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER [Dkt. 34]**

In this case, Plaintiff Brittany Nakagaki alleges that Defendant Surgical Care Affiliates, LLC, wrongfully terminated her and violated California's Labor Code. (See Dkt. 1 [Compl.].) The Court granted Plaintiff's counsel's motion to withdraw on January 9, 2024. (*See* Dkt. 24.) On January 31, 2024, Plaintiff filed a handwritten statement indicating that she intended to find replacement counsel and that an unexpected family medical emergency delayed her. (See Dkt. 26.) On February 19, the Court received another letter from Plaintiff conveying that she is "out of state traveling for work" and "would like to request ninety days … to either find new counsel or continue to represent [her]self if no new counsel can be obtained." (Dkt. 29.) The Court issued a minute order indicating that Plaintiff was free to proceed with or without counsel and emphasized that the deadlines in the Court's scheduling order were rapidly approaching and remained unchanged. (See Dkt. 30.)

Today, Plaintiff, still acting pro se, filed a form requesting a sixty-day extension of the discovery period because her former counsel has not given her "any of [her] case files" despite "hav[ing] requested multiple times[.]"[1] (Dkt. 34 at 3.) According to the

---

[1] The Court notes that upon termination of representation, every "lawyer promptly shall release to the client, at the request of the client, all client materials and property. 'Client materials and property' includes correspondence, pleadings, deposition transcripts, experts' reports and other

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00617-CJC (KESx)　　　　　　　　　　　　　　　Date: March 22, 2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

---

Court's scheduling order, the discovery period closes in six days on March 28, 2024, and the last date to hear motions is May 27, 2024.  (*See* Dkt. 17.)  Because Plaintiff's request implicates all case deadlines, the Court construes her request as a motion to modify the Court's scheduling order and sets the following briefing schedule: Plaintiff shall file her opening brief by **April 5, 2024**; Defendant shall file its response **by April 12, 2024**; and Plaintiff may file an optional reply **by April 19, 2024.**  After this date, the Court will take the matter under submission.

　　　　Additionally, the Court **DIRECTS** Plaintiff's former counsel at the Gould Law Firm to file a declaration responding to Plaintiff's statement that they have failed to promptly release her client file and indicating whether they have provided Plaintiff with her materials and property pursuant to California's Rule of Professional Conduct 1.16.  The Gould Law Firm shall file its declaration **by March 26, 2024.**

　　　　The Court **DIRECTS** the Clerk's office to serve this order on the Gould Law Firm via mail and email forthwith at the following addresses:

　　　Aarin A Zeif　　　　　　　　　　　　　　　aarin@wageandhourlaw.com
　　　Michael A Gould　　　　　　　　　　　　　michael@wageandhourlaw.com
　　　161 Fashion Lane Suite 207
　　　Tustin, CA 92780

lat

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk RRP

---

writings, exhibits, and physical evidence, whether in tangible, electronic or other form, and other items reasonably necessary to the client's representation, whether the client has paid for them or not …."  CA ST RPC Rule 1.16.