Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff Brittany Nakagaki

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY NAKAGAKI, <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL CARE AFFILIATES, LLC, and DOES 1 through 25, <br><br> Defendants. | CASE NO.: 8:23-cv-00617-CJC-KESx <br><br> [Judge Cormac J. Carney] <br><br> **DECLARATION OF MICHAEL A. GOULD IN RESPONSE TO THE COURT'S ORDER DATED MARCH 22, 2024** <br><br> Complaint Filed: February 28, 2023 |

- 1 -

**DECLARATION OF MICHAEL A. GOULD IN RESPONSE TO THE COURT'S ORDER DATED MARCH 22, 2024**

I, Michael A. Gould, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am the president at the firm The Gould Law Firm, a Professional Law Corporation, previous counsel of record for Brittany Nakagaki ("Nakagaki") in the above mentioned matter. I have personal knowledge of the matters set forth herein, and would and could testify thereto if called as a witness.

2. On January 17, 2024, my firm received an email from bnakagaki1@icloud.com, which I understood to be Nakagaki's email address wherein Nakagaki requested her litigation file from my office.

3. On January 19, 2024, my firm replied to Nakagaki's email and emailed her the ligation file via attachment to the email. Moreover, on January 26, 2024, my firm additionally emailed Nakagaki a link wherein she was able to click on the link to upload the litigation file.

4. My office did not hear from Nakagaki again until nearly a month later, on February 22, 2024. For the first time, on February 22, 2024, Nakagaki sent an email to my office indicating that she was not able to open the litigation file through the two previous emails that had been sent to her. Nakagaki's February 22, 2024 email requested that my firm mail the documents to the following address: P.O. Box 2151, Aspen, Co 81611. Nakagaki's February 22, 2024 also inquired about the deadlines set by the Court.

5. In response to Nakagaki's February 22, 2024 email, the next day, on February 23, 2024, my firm emailed to Nakagaki the Court's Scheduling Order setting forth all the dates set by the Court (which was also located in the litigation file previously sent) and confirmed that my office would mail the entire litigation file to P.O. Box 2151, Aspen, Co 81611, as requested.

6. On March 6, 2024, my firm engaged the firm's I.T. Consultant and in

**DECLARATION OF MICHAEL A. GOULD IN RESPONSE TO THE COURT'S ORDER DATED MARCH 22, 2024**

conjunction with the I.T. Consultant prepared and sent another link to Nakagaki's email wherein she would be able to click on the link provided and download the documents in the litigation file. My firm's I.T. Consultant confirmed that the link sent could be opened and downloaded by Nakagaki.

7. Moreover, on March 6, 2024, my firm also mailed the litigation file to P.O. Box 2151, Aspen, Co 81611, as requested by Nakagaki (See attached Exhibit No. 1). The tracking information indicates that the litigation file was delivered to P.O. Box 2151, Aspen, Co 81611 on March 9, 2023 (See attached Exhibit No. 2). The tracking information also indicates that Nakagaki picked up the litigation file from P.O. Box 2151, Aspen, Co 81611, on March 19, 2024 (See attached Exhibit No. 3).

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California. Executed this 25th day of March, 2024, at Tustin, California.

_____
Michael A. Gould

- 3 -

**DECLARATION OF MICHAEL A. GOULD IN RESPONSE TO THE COURT'S ORDER DATED MARCH 22, 2024**

# Exhibit No. 1



# Exhibit No. 2

**Latest Update**

Your item was picked up at the post office at 10:58 am on March 19, 2024 in ASPEN, CO 81611.

---

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

**Delivered**

**Delivered, Individual Picked Up at Post Office**
ASPEN, CO 81611
March 19, 2024, 10:58 am

**Reminder to Schedule Redelivery of your item**
March 14, 2024

**Available for Pickup**
ASPEN
235 PUPPY SMITH ST
ASPEN CO 81611-9998
M-F 0830-1700; SAT 0900-1200
March 9, 2024, 11:22 am

**Available for Pickup**
ASPEN
235 PUPPY SMITH ST
ASPEN CO 81611-9998
M-F 0830-1700; SAT 0900-1200
March 9, 2024, 9:37 am

**Departed USPS Facility**
GLENWOOD SPRINGS, CO 81601
March 9, 2024, 5:07 am

**Exhibit No. 3**

**Tracking Number:**
## 70211970000233378722

 Copy      Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 10:58 am on March 19, 2024 in ASPEN, CO 81611.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

### ✓ Delivered
**Delivered, Individual Picked Up at Post Office**

ASPEN, CO 81611
March 19, 2024, 10:58 am

See All Tracking History

What Do USPS Tracking Statuses Mean?


**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 161 Fashion Lane, Suite 207, Tustin, Ca 92780. On March 25, 2024, I served the within document(s):

- **DECLARATION OF MICHAEL A. GOULD IN RESPONSE TO THE COURT'S ORDER DATED MARCH 22, 2024**

In the matter of **Nakagaki v. Surgical Care Affiliates, LLC, 30-2023-01310253-CU-WT-CJC**, on the following interested party(ies) in this action:

| | |
|---|---|
| Alden J. Parker aparker@fisherphillips.com<br>Brian L. Tremer btremer@fisherphillips.com<br>FISHER & PHILLIPS, LLP<br>2050 Main Street, Suite 1000<br>Irvine, CA. 92614 | **Representing:**<br><br>**Surgical Care Affiliates, LLC,** |

| | |
|---|---|
| Brittany Nakagaki<br>P.O. Box 2151<br>Aspen, Co 81611<br>bnakagaki1@icloud.com | **Representing:**<br><br>**Plaintiff, Pro Per** |

[X] **(By Mail)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Hand Delivery)** I delivered the within documents to the attorney service for delivery to the person(s) at the address(es) set forth below with instructions that such envelope be delivered personally on March 25, 2024.

[ ] **(By Overnight Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with FedEx. Under that practice it would be deposited with FedEx on that same day thereon fully prepaid at Tustin, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[X] **(By Electronic Mail)** The document listed above was transmitted via email to the email address(es) noted above

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 25, 2024, at Tustin, California

_/s/ Aarin A. Zeif_
Aarin A. Zeif