## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 23-00617-CJC (KESx)                      Date: March 26, 2024

Title: BRITTANY NAKAGAKI, *et al.*, v. SURGICAL CARE AFFILIATES LLC, *et al.*,

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION AS MOOT [Dkt. 37]**

       In this case, Plaintiff Brittany Nakagaki alleges that Defendant Surgical Care Affiliates, LLC, wrongfully terminated her and violated California's Labor Code. (*See* Dkt. 1 [Compl.].) The Court granted Plaintiff's counsel's motion to withdraw on January 9, 2024. (*See* Dkt. 24.) Since Plaintiff's counsel withdrew, Plaintiff has filed several handwritten statements and letters relating to her purported search for new counsel and requests for extensions. (*See* Dkts. 26, 29, 31.) On March 22, Plaintiff, still acting pro se, filed a form requesting a sixty-day extension of the discovery period because her former counsel has not given her "any of [her] case files" despite "hav[ing] requested multiple times[.]"[1] (Dkt. 34 at 3.) Later that day, the Court set a briefing schedule on Plaintiff's request, which the Court construed as a motion to amend the scheduling order. (*See* Dkt. 35.)

---

[1] On March 25, 2024, counsel at the Gould Law Firm filed a declaration indicating that the firm has shared Plaintiff's legal file with her electronically at least three times and mailed a copy of her file to the P.O. Box in Colorado at which Plaintiff indicated she would like to receive mail. (*See* Dkt. 36.) The tracking information indicates that the litigation file was successfully collected from this P.O. Box. (*See id.* ¶ 7; Ex. 2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00617-CJC (KESx)          Date: March 26, 2024
Page 2

      On March 25, 2024, the Court received another request from Plaintiff for a sixty-day extension of the discovery period. (*See* Dkt. 37.) This filing is the same as Plaintiff's prior request docketed on March 22 (*see* Dkt. 34), except that it is dated by hand "3/19/24" and appears to have been sent via mail. (Dkt. 37 at 3.) Because yesterday's filing is wholly duplicative of Plaintiff's prior request and was mailed prior to the date of the Court's latest order, the Court **DENIES** this request (Dkt. 37) as moot.

lat

MINUTES FORM 11
CIVIL-GEN                                                  Initials of Deputy Clerk RRP