Name: **Brittany Nakagaki**
Address: **PO BOX 2151**
         **Aspen, CO 81611**
Phone: **916-320-0608**
Fax:

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT
03/27/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Brittany Nakagaki

Plaintiff
v.

Surgical Care Affiliates, LLC

Defendant(s).

CASE NUMBER:

**8:23-cv-00617-CJC-KESx**

**Proof in response to declaration**

( Enter document title in the space provided above )

I, Brittany Nakagaki, just wanted to provide proof regarding my previous counsels declaration. I want adequate time to find legal representation since I received the documents recently, last week. Please see exhibit A below showing emails to Gould Law Firm regarding access to documents they sent not permitted, and emails from usps stating and showing I had no packages and mail from Gould Law Firm to pick up in exhibit B.

1
*Page Number*

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

This former counsel has given me such a short time frame and never gave me any of the case filings except for when he removed himself as my lawyer right before discovery with the preface that I would have till trial in August to find new counsel. I would like to move on from this former counsel and have adequate time to find new counsel that can properly represent me.

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# Exhibit A



From: Brittany Nakagaki >

To: Aarin Zeif >

March 6, 2024, 11:47 AM

**Re: Documents**





**New Message**

13



14



New Message

6:36

**6 Messages**

Inbox        **Documents**

Aarin A. Zeif

The Gould Law Firm

161 Fashion Ln.,#207

Tustin,Ca 92780

Aarin@wageandhourlaw.com

714-669-2850

From: Brittany Nakagaki <bnakagaki1@icloud.com>

Sent: Wednesday,March 6, 2024 10:55 AM

To:Aarin Zeif <aarin@wageandhourlaw.com>

Subject: Re: Documents

It clearly states that it's on your end in the error message. I will still need all the documents 7 days from the original request.

Sent from my iPhone

On Mar 6, 2024, at 11:49 AM, Aarin Zeif

<aarin@wageandhourlaw.com> wrote:

Brittany,

No other client ever has problems opening the link when we send it.

Aarin A. Zeif

The Gould Law Firm

161 Fashion Ln., #207

Tustin,Ca 92780

Aarin@wageandhourlaw.com

714-669-2850



**New Message**

6:36 

← 6 Messages

Inbox   **Documents**    

Aarin A. Zeif
The Gould Law Firm
161 Fashion Ln., #207
Tustin,Ca 92780
Aarin@wageandhourlaw.com
714-669-2850

From: Brittany Nakagaki <bnakagaki1@icloud.com>
Sent: Wednesday, March 6, 2024 10:47 AM
To:Aarin Zeif <aarin@wageandhourlaw.com>
Subject:Re:Documents

Here is the message I get when I try to open it.
<image001.png>


Sent from my iPhone

> On Mar 6, 2024, at 10:06 AM, Aarin Zeif <aarin@wageandhourlaw.com> wrote:

>Brittany,

> We have sent you the file many times. I am not sure what the issue is. Here it is again:

https://wageanchourlaw-my.sharepoint.com/t:/p/aarin/EnUZeaAFwSRNjPNzR6fI4BkBlyQO6k7XcNI0kCmGX hZ_0g?e=foS6Jx

>Aarin A. Zeif
>The Gould Law Firm




**New Message**



6:49

 Inbox      9 Messages     

Found in Sent Mailbox    

 **Brittany Nakagaki**      8/22/23
To:Aarin Zeif>

**Court date**

Hello,

I hope you're doing well. I just wanted to see if we can petition the courts for an earlier court date. My travel contract just ended, and while I'm currently looking for more work, it's starting to cause financial hardship.

Thank you,

Brittany Nakagaki

Sent from my iPhone

17



New Message

20

# Exhibit B

No mail available to display.



View and manage all packages on dashboard

## Arriving Today    Friday, Mar 08

No packages available to display.

## Arriving Soon

No packages available to display.

## Outbound

No packages available to display.

**Outbound**
No packages available to display.







**View all mail on dashboard**

**From**   U.S.Postal Inspection Service





### Do more with your mail

 Learn More

Set a Reminder

 **Share** via: Email



**Do more with your mail**

 Learn More

Set  a Reminder

**Share** via:

Email     Text

Facebook     Twitter

## Arriving This Week

No mail available to display.



View and manage all packages on dashboard

## Arriving This Week

No mail available to display.



[View and manage all packages on dashboard](#)

## Arriving Today  Saturday, Mar 16

No packages available to display.

## Arriving Soon

No packages available to display.

**Outbound**



New Message

You have mail and packages arriving soon. 3/18/2024

 COMING TO YOUR PO BOX SOON.



View all mail on dashboard



**Do more with your mail**

Set a  Reminder

**Arriving This Week**

No mail available to display.



View and manage all packages on dashboard

**Arriving Today**                                Monday, Mar 18

No packages available to display.



**Do more with your mail**

Set a  Reminder

**Arriving This Week**

No mail available to display.



View and manage all packages on dashboard

**Arriving Today**                                 Monday, Mar 18

No packages available to display.

**Arriving Soon**

No packages available to display.

**Outbound**

No packages available to display.