JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY NAKAGAKI,<br><br>    Plaintiff,<br><br>    v.<br><br>SURGICAL CARE AFFILIATES LLC and DOES 1,<br><br>    Defendant. | Case No. 8:23-cv-00617-MCS-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's orders and the jury's verdict, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Surgical Care Affiliates LLC and against Plaintiff Brittany Nakagaki on all claims. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 20, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE